12/1/18

Dear Judge D'Agostino,

Our names are R      M      and C      M     . We are writing on behalf of our dad, George Muzio, Jr. He is sitting before you as our father and dad.  We are asking you for leniency on his sentencing so we can continue to spend time together.  We decided to write our letter together because we both feel the same way.

Before he went away, our dad took us to Mets stadium to watch the San Francisco Giants play. We had the best time. We went to the game, ate snacks, and stayed in a hotel room. He even took us on the Subway. He also took us to great escape many times and always went on all the rides. My dad also went to every game and practice for all of our sports teams. He taught us how to play baseball and our love for the game. We both currently play travel baseball and if it was not for him teaching us everything we know, we would just be staying home.

Our dad instilled good habits in us such as eating healthy, working out, and getting good grades. He would explain to us about what food was good for us to eat and he always made us eat my vegetables, even when we did not want to. My dad always worked out that set a good example for us to work-out too. We would always have discussions about our grades.  A's and B's are the only grades we are allowed to have.

The holidays are very special for us.  My dad always made sure we got everything we wanted for Christmas. My mom told us that he went out on Christmas Eve when we were little and bought a really expensive mechanical dinosaur just because we wanted it. He also hid the eggs for Easter every year and made sure it was like a "mini-Christmas" with a bunch of presents and candy. Even when he was out on probation, he gave us a trip to Universal Studios Florida.

When he returns home we would like to spend as much time with him as possible. We want to play board games, card games, playing baseball together, working out together, eating meals, watching baseball on TV and Movies, and most importantly spending Christmas together.

Thank you for your time,

R      M

C      M